UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES O. MOORE,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMMISSIONER ANDREW M. SAUL,**<br><br>Defendant. | 2:19-CV-12753-TGB-PTM |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, striking Plaintiff's objections and **ACCEPTING AND ADOPTING** Magistrate Judge Patricia T. Morris' Report and Recommendation (ECF No. 25), it is **ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment (ECF No. 19) is **DENIED**, Defendant's motion for summary judgment (ECF No. 21) is **GRANTED**, and the findings and conclusions of the Commissioner are **AFFIRMED**. The case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  March 31, 2021

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE